Settlement Date:  September 14th, 2011
Time: 10:30 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:                                        Chapter  13
                                              Case No.  07-22546 RDD

**LISA SPENCER,**

                                              **NOTICE OF SETTLEMENT**

                    Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

   **PLEASE TAKE NOTICE**, that an *Order,* a true copy of which is annexed

hereto, will be presented for signature to the Hon.  Robert D. Drain,, United States Bankruptcy

Judge, on the 14th  day of  September, 2011   at 10:30 A.M. in the Judge's Chambers, United

States Bankruptcy Court, 300 Quarropas Street, White Plains, New York.

   **PLEASE TAKE FURTHER NOTICE ,** that Hearings on Objections, if  any, to

be conducted same place, date and time.  Written objections or counterorders, must be submitted

to chambers no later than close of business  *three (3) days prior*  to settlement.

Dated: White Plains, New York
   July 26th,  2011

                                               /s/ Jeffrey L. Sapir
                                              **Jeffrey L. Sapir  (JLS 0938)**
                                              **Chapter 13 Trustee**
                                              **399 Knollwood Road**
                                              **White Plains, New York 10603**
                                              **Chapter 13 Tel. 914-328-6333**

**TO**:     United States Trustee
            33 Whitehall Street
            New York, New York 10004

            Lisa Spencer
            140 Halgren Crescent
            Haverstraw, New York 10927

            Joshua N. Bleichman, Esq,
            Bleichman & Klein
            268 Route 59
            Spring Valley, New York 10977

            BAC Home Loan Servicing, LP
            c/o Steven J. Baum, PC
            220 Northpointe Parkway Suite G
            Amherst, New York 14228

            BAC Home Loan Servicing,. LP
            7105 Corporate Drive
            Plano, Texas  75024

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                          Chapter 13
                          Case No. 07-22546   RDD

**LISA SPENCER,**

                         Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE

      The chapter 13 trustee having moved for an order dismissing this chapter 13 case; and upon

the motion and the record of the September 14, 2011 hearing thereon, the Court having found that

the above-captioned debtor has failed to comply with the provision of 11 U.S.C. § 1307(c )(1) and

(c )(6) and the Order Confirming Plan dated November 20, 2007 directing the debtor to remit

monthly payments according to plan, and the debtor failing to comply therewith, and being, at this

juncture, in material arrears with plan payments to the trustee, and there being a material default in

this confirmed plan, and good cause appearing,

      **IT IS ORDERED THAT:**

      This chapter 13 case is hereby dismissed. The chapter 13 trustee shall take all actions

required by the dismissal of this case

Dated: White Plains, New York
        September      , 2011

                        _____
                        **UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:

                                   Chapter 13
                                   Case No. 07-22546  RDD

**LISA SPENCER,**

                                   **TRUSTEE'S  AFFIDAVIT**

                         Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK        )
COUNTY OF WESTCHESTER  )   ss.:

        Jeffrey L. Sapir, being duly sworn, deposes and says:

        1.       He is the standing Chapter 13 Trustee.

        2.       The debtor filed a Chapter 13 proceeding on  June 12th, 2007.

        3.       The debtor failed to comply with the provisions of  11 U.S.C. §1307 (c ) (1) and (c )(6).

        4.       The debtor has failed to comply with the Order Confirming Plan dated November 20th, 2007, whereby the debtor must remit monthly payments to the trustee in the sum of 345.00 for 6 months and $426.00 for 54 months.

        5.       The debtor has paid the trustee to date the sum of $18,258.00.

        6.       The debtor is $2,130.00 in arrears in plan payments to the trustee.

        7.       There exists a material default in this confirmed plan.

        8.       The delay created by the debtor is prejudicial to creditors.

        **WHEREFORE**, the trustee respectfully requests that the annexed order dismissing

this case, be signed.

/s/ Jeffrey L. Sapir

**Jeffrey L. Sapir**

Sworn to before me this
26th  day of July, 2011

/s/  Jody L. Kava
Jody L. Kava
Notary Public, State of  New York
No. 4836806
Qualified in Westchester County
Term Expires:  10/31/13

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:                                                  Chapter 13
                                                        Case No. 07-22546 RDD

**LISA SPENCER,**

                                    Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


### AFFIDAVIT OF MAILING

STATE OF NEW YORK              )
COUNTY OF WESTCHESTER          )  ss.:

      Lois Rosemarie Esposito, being duly sworn, deposes and says:

      I am not a party to the action herein, I am over the age of 18 years and reside in

the County of Westchester, State of New York.

      On July 26th, 2011, I served a true copy of the within document, to the herein

listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed

envelope with postage prepaid thereon, in an official depository of the United States Postal

Service within the State of New York to the following:

**TO:**    United States Trustee
       33 Whitehall Street
       New York, New York 10004

       Lisa Spencer
       140 Halgren Crescent
       Haverstraw, New York 10927

       Joshua N. Bleichman, Esq,
       Bleichman & Klein
       268 Route 59
       Spring Valley, New York 10977


       BAC Home Loan Servicing, LP

c/o Steven J. Baum, PC
220 Northpointe Parkway Suite G
Amherst, New York 14228

BAC Home Loan Servicing,. LP
7105 Corporate Drive
Plano, Texas  75024


<u>/s/ Lois Rosemarie Esposito</u>
**Lois Rosemarie Esposito**

Sworn to before me this
26th day of July, 2011

 <u>/s/ Jeffrey L. Sapir</u>
Jeffrey L. Sapir
Notary Public, State of  New York
No. 02SA8764500
Qualified in Rockland County
Term Expires:  12/31/14